387 A.2d 926
Stead, Appellant, v. Stead.

Argued November 21, 1977.   Albert J. Jones, for appellant;
Henry J. Albaugh, for appellee.

Order affirmed.

VAN der VOORT, J., would certify this case to the law
side of the court and remand it for trial.

WATKINS, former P. J., did not participate in the consid-
eration or decision of this case.

387 A.2d 926
Taylor v. Taylor, Appellant.

Argued December 14,
1977.   J. Danella, with him Louis Lipschitz, for appellant;
Andrew F. Napoli, with him Cohen, Verlin, Sherzer & Por-
ter, for appellee.

Order affirmed.

HOFFMAN, J., dissented.   Notwithstanding the order of
the lower court, there was never a hearing attended by both
parties at which the court could evaluate the relative abili-
ties of the parties to serve the best interests of the children.

WATKINS, former P. J., did not participate in the consid-
eration or decision of this case.